

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-07-239-CV

AMX ENTERPRISES, L.L.P.,                                              APPELLANT
F/K/A AMX ENTERPRISES, INC.

V.

MASTER REALTY CORP. AND                                              APPELLEES
COMPOSITE INVESTMENTS, INC.

----------

## FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Agreed Motion To Dismiss Appeal As To Composite Investments, Inc. Only." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of appellant as to appellee Composite Investments, Inc. only. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). This case shall hereafter be styled "AMX Enterprises, L.L.P., f/k/a AMX Enterprises, Inc. v. Master Realty Corp."

---

[1] *See* TEX. R. APP. P. 47.4.

Costs of the appeal of appellant as to appellee Composite Investments, Inc. only shall be paid by appellant, for which let execution issue.

PER CURIAM

PANEL B:  GARDNER, HOLMAN, and WALKER, JJ.

DELIVERED:   July 24, 2008